UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAURICE PATRICK,<br><br>                    Plaintiff,<br><br>         v.<br><br>WILLIAMS AND ASSOCIATES,<br><br>                    Defendant. | No. CV-06-0149-FVS<br><br>ORDER GRANTING MOTION FOR SUMMARY JUDGMENT |

**THIS MATTER** comes before the Court on the Defendant's Motion for Summary Judgment, Ct. Rec. 25.  The Plaintiff is proceeding pro se.  The Defendant is represented by J. Scott Miller.  The Court being fully advised,

**IT IS HEREBY ORDERED**:

1. The Defendant's Motion for Summary Judgment, **Ct. Rec. 25**, is **GRANTED**.  A supplemental order setting forth the basis for this ruling is forthcoming.

2. The Defendant's Motion to Continue Trial Date, **Ct. Rec. 35**, is **DENIED AS MOOT**.

3. The hearing on the Defendant's Motion To Continue Trial Date, Ct. Rec. 35, set for October 10, 2007 at 11:00 a.m. is **STRICKEN**.

4. The Defendant's Motion to Shorten Time, **Ct. Rec. 38**, is **DENIED**.

/

/

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT- 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  9th  day of October, 2007.

                        s/ Fred Van Sickle
                         Fred Van Sickle
                  United States District Judge

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT- 2