AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MAURICE PATRICK,

        Plaintiff,

v.

WILLIAMS AND ASSOCIATES,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0149-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED IN FAVOR OF THE DEFENDANT IN THE AMOUNT OF FIVE HUNDRED NINETY-EIGHT DOLLARS ($598).

THE DEFENDANT IS HEREBY AWARDED IT'S COURT COSTS, REASONABLE ATTORNEY'S FEES, AND COLLECTION FEES.

| | |
|---|---|
| October 16, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Stevie Perry |